filed on or before February 5, 1963, with notice of argument for the March 1963 Term of this court, said appeal to be argued or submitted when reached. Concur— Botein, P. J., Breitel, Rabin, Valente and Stevens, JJ.

JANE SWOPE BRANDT v. ROBERT LEE BRANDT.— Motion for a stay denied. Concur — Botein, P. J., Breitel, Rabin, Valente and Stevens, JJ.

MARIANO GONZALEZ, as Administrator of the Estate of CARLOS GONZALEZ, Deceased, et al., v. RICHARD E. SINGLETON, JR.— Motion for leave to appeal as poor persons granted only insofar as to permit the appeal to be heard upon a typewritten or mimeographed record, without printing the same, and upon typewritten or mimeographed appellants' points, upon condition that the appellants serve one copy of the typewritten or mimeographed record and one copy of the typewritten or mimeographed appellants' points on the attorney for the respondent and file 6 typewritten copies or 19 mimeographed copies of both the record on appeal and appellants' points with this court. Concur — Botein, P. J., Breitel, Rabin, Valente and Stevens, JJ.

DJALMA S. WOLFSON v. F. H. McGRAW & COMPANY, INCORPORATED, et al.— Motion for a stay granted to the extent of staying that part of the order entered on November 28, 1962, which refers the issue of proper service to a private Referee, on condition that the appellant procures the record on appeal and appellant's points to be served and filed on or before January 10, 1963, said appeal to be argued or submitted when reached. In all other respects the motion is denied. Concur — Botein, P. J., Breitel, Rabin, Valente and Stevens, JJ.

ESTHER SCHUUR v. CITY OF NEW YORK et al.— Motion to dismiss appeal granted, with $10 costs unless the appellants procure the record on appeal and appellants' points to be served and filed on or before February 5, 1963, with notice of argument for the March 1963 Term of this court, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Breitel, Rabin, Valente and Stevens, JJ.

HARRIET LEVY, as Assignee of G. E. & M. REALTY CO., INC., v. N. TREITEL & CO., INC. (And Two Other Actions.) — Motion to dismiss appeal granted, with $10 costs, unless the appellants procure the record on appeal and appellants' points to be served and filed on or before February 7, 1963, with notice of argument for February 19, 1963, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Breitel, Rabin, Valente and Stevens, JJ.

TEL-A-SIGN, INC., et al. v. R. PAUL WEESNER et al.— Motion for a stay denied. The answer to the complaint in the above-entitled action is to be served within 10 days after entry of this order. Motion for leave to reargue granted and upon reconsideration the motion for an extension of time is in all respects denied. The answer to the complaint in the above-entitled action is to be filed within 10 days after entry of this order. Concur — Botein, P. J., Breitel, Rabin, Valente and Stevens, JJ.

ALEIDA ECHEVARRIA et al. v. ROBERT GUZMAN.— Motion for a stay denied. Concur — Botein, P. J., Breitel, Rabin, Valente and Stevens, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. AMERICO LLUVERAS.— Order of this court entered on February 6, 1962, assigning Brian D. Forrow, Esq., as counsel for the defendant-appellant is vacated and Marshall H. Cox, Jr., Esq., of 80 Pine St., New York, N. Y., is assigned as counsel for defendant-appellant in the place and stead of Brian D. Forrow, Esq. Concur — Botein, P. J., Breitel, Valente, McNally and Bergan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. LUCIUS GRUBBS.—Enlargement of time granted. Concur — Botein, P. J., Breitel, Rabin, Valente and Stevens, JJ.